Dawniell Zavala (State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:        dawniell.zavala@hro.com

Attorneys for Plaintiffs,
ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC

**FILED**

SEP 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; PRIORITY RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and ZOMBA RECORDING LLC, a Delaware limited liability company,<br><br>              Plaintiffs,<br><br>     v.<br><br>DOES 1-12,<br>              Defendants. | CASE NO. 1:08-CV-01242-OWW-GSA<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |

1  Upon the Plaintiffs' Application for Leave to Take Immediate Discovery, the Declaration of
2  Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3  ORDERED that Plaintiffs may serve immediate discovery on California State University -
4  Fresno to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks
5  documents that identify each Doe Defendant, including the name, current (and permanent) addresses
6  and telephone numbers, e-mail addresses, and Media Access Control addresses for each Defendant.
7  The subpoena may also seek all documents and electronically-stored information relating to the
8  assignment of any IP address which Cal. State - Fresno cannot link to a specific Doe Defendant. The
9  disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
10 IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the
11 Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under
12 the Copyright Act *and shall not be disclosed to any third party, person*
13 *[person] or entity not associated with plaintiff's counsel or the prosecution*
14 *of this case.* [signature]

DATED: 8-29-08   By: _____
                      United States District Judge

---

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE
DISCOVERY
Case No. 1:08-cv-01242-OWW-GSA
#39544 v1