IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTA RECORDS, LLC, a Delaware limited liability company, ATLANTIC RECORDING CORPORATION, a Delaware corporation, BMG MUSIC, a New York general partnership; CAPITOL RECORDS, LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; LAFACE RECRODS RECORDS LLD, a Delaware limited liability company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; PRIORITY RECORDS LLC., a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and ZOMBA RECORDING LLC, a Delaware limited liability company,<br><br>           Plaintiffs,<br><br>vs.<br><br>DOES 1-12,<br><br>           Defendants. | 1:08-cv-1242 -OWW-GSA<br><br>ORDER VACATING ORDER ISSUED ON SEPTEMBER 8, 2008<br><br><br><br><br>(Document 10 ) |

On September 4, 2008, Magistrate Judge Gary S. Austin issued an order granting Plaintiffs' Ex Parte Application for Leave to Take Immediate Discovery in part. (Doc. 9). On September 8, 2008, this court also issued an order granting the same application. (Doc. 10). Since Plaintiffs' application has been ruled on by Magistrate Judge Austin,

1  IT IS HEREBY ORDERED THAT this court's order issued on September 8, 2008 (Doc.
2  10) is HEREBY VACATED.
3
4
5  IT IS SO ORDERED.
6  **Dated:   September 10, 2008**              /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE

-2-