UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
ARISTA RECORDS LLC, ET.AL.      )
                                )   1:08-CV-01242 OWW GSA
                                )
              Plaintiff,        )
                                )
       v.                       )   ORDER DISMISSING ACTION
                                )
DOES 1-12.                      )
                                )
                                )
              Defendant.        )
                                )
_____)
```

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice, each party to bear its/his or her own fees and costs.


IT IS SO ORDERED.

**Dated:   November 5, 2008**            /s/ Oliver W. Wanger
                                                          UNITED STATES DISTRICT JUDGE